UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.O. et al., <br><br>                          **Plaintiff,** <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>                          **Defendant.** | 22-CV-6193 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. Additionally, the initial conference scheduled for December 20, 2022 at 12:00 p.m. is adjourned *sine die*.

**SO ORDERED.**

Dated:  December 13, 2022
       New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**